UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 18-581 |
| OLUSEGUN AKINLADE | : | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Craig Carpenito, United States Attorney for the District of New Jersey, by RAY MATEO, Ray.Mateo@usdoj.gov, Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

CRAIG CARPENITO
United States Attorney

*s/Ray Mateo*

By: RAY MATEO
Assistant U.S. Attorney

Dated:   February 7, 2019